**People of the State of Illinois, Defendant in Error, v. Walter Dolan, etc., Plaintiff in Error.**

**Gen. No. 47,655.**

First District, Second Division.

April 21, 1959.

Released for publication May 13, 1959.

James A. Brown, for plaintiff in error; Benjamin S. Adamowski, State's Attorney of Cook County (Francis X. Riley, William L. Carlin, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by JUSTICE MURPHY. **Not to be published in full.**